STATE OF NORTH CAROLINA v. WILLIAM EDWARD MILLER

No. 735SC368

(Filed 13 June 1973)

Robbery § 4— armed robbery — no error in trial
  Defendant who was charged with armed robbery was given a fair and impartial trial free from prejudicial error.

ON *certiorari* to review the order of *Wells, Judge,* entered at 24 April 1972 Session, Superior Court, NEW HANOVER County.

Defendant was charged in a bill of indictment with armed robbery. He entered a plea of not guilty and the jury returned a verdict of guilty as charged. The evidence for the State, briefly summarized, was as follows: On 8 July 1971, at approximately 7:15 to 7:30 Mrs. Cromartie was walking from her mother's house to her own home. Suddenly a right arm was

around her neck. The person came up from her rear and put his right arm around her neck. He held a sharp object in his left hand which he placed at her throat, telling her not to move and not to scream but to go with him. Mrs. Cromartie, in an effort to avert his attention, said "There is my husband." As defendant looked both ways, Mrs. Cromartie managed to turn and face defendant. There was a scuffle during which time the knife moved from her neck and hit her hand knicking it slightly. She threw up her arms, knocked his arms away, and ran. In the course of the scuffle, she had dropped her pocketbook and umbrella. Defendant started running behind her but stopped and ran back to the scene, picked up her pocketbook and continued running. The pocketbook contained approximately $8.00, various credit cards, her glasses and other items of personal property. The police found at the scene pointed out by Mrs. Cromartie a yellow umbrella, a stainless steel knife, and scuffle marks. Subsequent to this occurrence and prior to defendant's arrest, Mrs. Cromartie saw the defendant on three occasions and each time notified the police. On each occasion, he had left the scene when the police arrived. In late October or November she identified defendant from a series of photographs furnished by the Police Department.

Defendant testified that he had no recollection of what took place on 8 July 1971, had never seen Mrs. Cromartie, and knew nothing about the purported armed robbery on 8 July 1971.

Defendant was represented at trial and is represented on this appeal by counsel furnished by the State.

*Attorney General Morgan, by Associate Attorney Hassell, for the State.*

*Mathias P. Hunoval for defendant appellant.*

MORRIS, Judge.

The trial court was properly organized and had jurisdiction of the defendant and the subject matter. The bill of indictment is proper in form. Defendant was duly arraigned upon a charge of armed robbery, entered a plea of not guilty, and was found guilty by the jury upon evidence sufficient to support the verdict. The jury verdict was proper in form and the judgment entered thereon correctly entered. The sentence imposed is within the statutory limit.

Defendant has had a fair and impartial trial, free from prejudicial error.

No error.

Judges CAMPBELL and BRITT concur.